IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. MATTHEW MONIZ JR., Defendant. | 8:14CR147 ORDER |

This matter is before the court on the motion of Assistant Federal Public Defender Michael F. Maloney and the Office of the Federal Public Defender to withdraw as counsel for the defendant, Matthew Moniz, Jr. (Filing No. 123). Michael F. Maloney represents that the Office of the Federal Public Defender has a conflict of interest in this matter. Michael F. Maloney's and the Office of the Federal Public Defender's motion to withdraw (Filing No. 123) is granted.

Michael D. Gooch, 7215 North 162nd Street, Bennington, NE 68007, (402) 333-0722, is appointed to represent Matthew Moniz, Jr. for the balance of these proceedings pursuant to the Criminal Justice Act. Michael F. Maloney shall forthwith provide Michael D. Gooch with the discovery materials provided the defendant by the government and such other materials obtained by Mr. Maloney which are material to Matthew Moniz, Jr.'s defense.

The clerk shall provide a copy of this order to Michael D. Gooch and the defendant.

**IT IS SO ORDERED.**

Dated this 28th day of April, 2020.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge